```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :   SEALED INDICTMENT
                                :
        - v. -                  :   20 Cr.
                                :
JOSEPH DAVILA,                  :
a/k/a "Jojo,"                   :   20 CRIM 292
                                :
                                :
            Defendant.          :
- - - - - - - - - - - - - - - X
```

## COUNT ONE

1.  From on or about March 17, 2019 through on or about March 18, 2019, in the Southern District of New York and elsewhere, JOSEPH DAVILA, a/k/a "Jojo," the defendant, and others known and unknown, unlawfully and knowingly did conspire to violate Title 18, United States Code, Section 1201(a)(1).

2.  It was a part and object of the conspiracy that JOSEPH DAVILA, a/k/a "Jojo," the defendant, and others known and unknown, would and did unlawfully and knowingly seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward and otherwise, a person, and would and did use a means, facility, and instrumentality of interstate and foreign commerce in committing and in furtherance of the commission of the offense, to wit, DAVILA and others agreed to lure an individual ("Victim-1") to the basement of an apartment building on Simpson Street in the Bronx, New York (the "Basement"), and to seize and confine Victim-1 in the Basement.

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a. On or about March 17, 2019 and March 18, 2019, DAVILA and co-conspirators seized, confined, and physically abused Victim-1 in the Basement.

(Title 18, United States Code, Section 1201(c).)

### COUNT TWO

4. From on or about March 17, 2019 through on or about March 18, 2019, in the Southern District of New York and elsewhere, JOSEPH DAVILA, a/k/a "Jojo," the defendant, unlawfully and knowingly seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward and otherwise, a person, and in so doing used a means, facility, and instrumentality of interstate and foreign commerce, and aided and abetted the same, to wit, one of DAVILA's co-conspirators lured Victim-1 to the Basement, where DAVILA and others seized, confined, and physically abused Victim-1.

(Title 18, United States Code, Sections 1201(a)(1) and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**JOSEPH DAVILA,
a/k/a "Jojo,"**

Defendant.

---

**INDICTMENT**

20 Cr.

(18 U.S.C. §§ 1201(a)(1), 1201(c), and 2.)

GEOFFREY S. BERMAN
United States Attorney

_____
Foreperson