

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2020

Hon. P. Kevin Castel
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States</u> v. <u>Joseph Davila, et al.</u>, 20 Cr. 292 (PKC)

Dear Judge Castel:

      The Government respectfully requests an adjournment of the July 14, 2020 deadline to respond to the defendants' letter seeking certain records relating to the selection of the grand jury that returned the indictment in this case. As the Court may be aware, similar requests are pending in numerous cases in this District. On June 30, 2020, in the case of *United States v. Balde*, 20 Cr. 281 (KPF), Judge Failla presided over a conference call with the Jury Administrator for the Southern District of New York, Linda Thomas. Counsel for the Government and the defendants in this case were invited to and did participate in the call. During that call, Ms. Thomas provided additional information about the existence and form of documents responsive to the defendants' requests. Judge Failla has ordered the parties in *Balde* to meet and confer about whether there is any dispute as to which documents requested by the defense should be produced, and to submit a joint status letter no later than July 14. Because the document requests in this care are similar to those in *Balde*, the Government believes that any agreement reached in that case is likely to moot much if not all of any dispute in this case.

      Accordingly, the Government respectfully requests that the Court extend the current deadline to July 28, at which time the parties can notify the Court whether there is any dispute regarding the defendants' document requests. Counsel for Joseph Davila, Michael Bachrach, Esq., has consented to the request. Counsel for Mathew Rivera, Kenneth Montgomery, Esq., has not yet taken a position on the request.

Application granted.
SO ORDERED.
Dated: 7/15/2020

*P. Kevin Castel*
United States District Judge

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

by: _____/s/ Thomas Burnett_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064