Case 1:20-cr-00292-PKC   Document 42   Filed 07/28/20   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2020

Hon. P. Kevin Castel
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>United States</u> v. <u>Joseph Davila, et al.</u>, 20 Cr. 292 (PKC)

Dear Judge Castel:

    The Government respectfully requests an adjournment of the July 28, 2020 deadline to respond to the defendants' letter seeking certain records relating to the selection of the grand jury that returned the indictment in this case. The Government has conferred with Joseph Davila's attorney, Michael Bachrach, Esq., regarding the defendants' requests. The parties believe that are nearing an agreement on most, if not all, of those requests, but need additional time to identify any areas of disagreement. Accordingly, the Government respectfully requests that the Court adjourn the current deadline for the Government to respond to the defendants' letter and set a new deadline for August 11, 2020, at which time the parties will submit a joint letter describing the scope of their agreement and their respective positions on any disagreements. The attorneys for the defendants consent to the proposed adjournment and the plan to submit a joint letter.

    Respectfully,

    AUDREY STRAUSS
    Acting United States Attorney

by:   /s/ Thomas Burnett
    Thomas S. Burnett
    Assistant United States Attorney
    (212) 637-1064

*Application granted.*
*SO ORDERED*
*/s/ P. Kevin Castel USDJ*
*7-28-20*