UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                  20 CR 292 (PKC)

        -against-                                               ORDER

JOSEPH DAVILA, MATTHEW RIVERA
And PAUL ARCE,

                       Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The telephone conference previously scheduled for November 13, 2020 is adjourned to November 19, 2020 at 9:00 a.m.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to accommodate the court calendar proceedings.  Accordingly, the time between today and November 19, 2020 is excluded.

       SO ORDERED.

                                                   P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       November 12, 2020