**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 31, 2020

Application GRANTED.
SO ORDERED.
1/4/2020

*P. Kevin Castel*
United States District Judge

Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

Re:   United States v. Joseph Davila, et al., 20 Cr. 292 (PKC)

Dear Judge Castel:

    At the last status conference in the above-captioned case, this Court directed the parties to submit blackout dates for potential trial dates in the second quarter of 2021 by January 3, 2021. The Government has conferred with Kenneth Montgomery, Esq., Michael Bachrach, Esq., and Zachary Margulis-Ohnuma, Esq., the attorneys for the defendants. The parties respectfully request a five-day extension to January 8, 2021. The extension will provide additional time for the parties to discuss pre-trial resolutions to the case, which could make proposing blackout dates unnecessary.

                        Respectfully Submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

           by:   /s/ Thomas Burnett
                  Thomas S. Burnett
                  Assistant United States Attorney
                  (212) 637-1064