UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       20 CR 292 (PKC)

        -against-                                                     <u>ORDER</u>

JOSEPH DAVILA,

                              Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The video plea originally scheduled for Joseph Davila on January 22, 2021 is moved up to January 21, 2021 at 11:00 a.m.

        SO ORDERED.

                                                                     *P. Kevin Castel*
                                                                      P. Kevin Castel
                                                              United States District Judge

Dated: New York, New York
        January 11, 2021