LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *  
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com  
michael@mbachlaw.com

May 13, 2021

> Sentencing is adjourned from May 25, 2021 to July 21, 2021 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 5/13/2021
>
> *P. Kevin Castel*
> *United States District Judge*

**By ECF**

The Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v. Joseph Davila*
*20 Cr. 292 (PKC)*

Dear Judge Castel:

    I represent Defendant Joseph Davila in the above-referenced matter and write to request a 60-day adjournment of Mr. Davila's sentencing hearing, presently scheduled for Tuesday, May 25, 2021, at 12:00 p.m. I have spoken with Assistant United States Attorney Thomas Burnett and he has informed me that the Government has no objection to the instant application.

    As Your Honor may be aware, last month I was engaged in trial before Judge Crotty in United States v. Tagliaferro, 19 Cr. 472 (PAC) (SDNY), the lead up to which and now the post-trial follow-up from has taken up significant time in addition to the time that I was on trial. As a result, more time is needed to complete Mr. Davila's mitigation investigation and sentencing submission.

    Accordingly, Defendant Joseph Davila, by and through counsel, respectfully requests a 60-day adjournment of his sentencing hearing, or to a date and time thereafter that is convenient to the Court. Once again, the Government has no objection to the instant application.

    Thank you for your time and consideration.

Respectfully submitted,

Michael K. Bachrach
*Attorney for Defendant Joseph Davila*

cc:    AUSA Thomas Burnett (by ECF)
       AUSA Frank Balsemello (by ECF)